UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20362-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EMANUEL DIAZ,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S ATTORNEY DAVID S. MARCUS' CJA VOUCHER

**THIS CAUSE** comes before the Court upon the Report and Recommendation on Defendant's Attorney David S. Marcus' CJA voucher [DE 145]. This matter was referred to the Honorable James M. Hopkins, United States Magistrate Judge, Southern District of Florida. On May 19, 2015 Judge Hopkins issued the Report and Recommendation, in which he recommended that this Court **APPROVE** Defendant's Attorney David S. Marcus' CJA voucher. After conducting an independent *de novo* review of the entire file and the record herein, the Court finds Judge Hopkins recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Hopkins's Report and Recommendation and, it is hereby

**ORDERED AND ADJUDGED** that:

United States Magistrate Judge Hopkins Report and Recommendation [DE 145] is **APPROVED and ADOPTED** as to the recommendation that the District Court preliminary approve the total compensation claimed and certify to the Chief Judge of the

Eleventh Circuit that the amount of Defendant's Attorney David S. Marcus' CJA voucher is necessary to provide fair compensation for the services of an unusual character and duration pursuant to 18 U.S.C. Section 3006A(d)(3).

     **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21st day of May, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies to:
James M. Hopkins, United States Magistrate Judge
Clerk of Court
Attorney David Marcus